IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No.  3:24-cr-128 |
| MARSHALL BRENT BLACKLANCE II;<br>BARRETT WAYNE MUDGETT SR.; and<br>BERNARD WILLIAM MUDGETT | Violations:  18 U.S.C. §§ 113(a)(3), 113(a)(6), 1153, and 2 |

COUNT ONE

**Assault Resulting in Serious Bodily Injury**

The Grand Jury Charges:

On or about April 4, 2024, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

MARSHALL BRENT BLACKLANCE II;
BARRETT WAYNE MUDGETT SR.;
and BERNARD WILLIAM MUDGETT;

Indians, individually and by aiding and abetting, assaulted R.J.P., an Indian, which resulted in serious bodily injury to R.J.P.;

In violation of Title 18, United States Code, Sections 113(a)(6), 1153, and 2.

COUNT TWO

**Assault with a Dangerous Weapon**

The Grand Jury Further Charges:

On or about April 4, 2024, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

> MARSHALL BRENT BLACKLANCE II;
> BARRETT WAYNE MUDGETT SR.;
> and BERNARD WILLIAM MUDGETT;

Indians, individually and by aiding and abetting, assaulted R.J.P., an Indian, with a dangerous weapon, namely, shod feet, with intent to do bodily harm to R.J.P.;

In violation of Title 18, United States Code, Sections 113(a)(3), 1153, and 2.

A TRUE BILL:

　　/s/Foreperson_____
Foreperson

\_\_/s/ Mac Schneider_____
MAC SCHNEIDER
United States Attorney

SLS/th